# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>AARON JASON BURKHOLDER<br><br>Defendant. | CASE NO. 4:22CR3140<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____    11-18-2022
Defendant                          Date

_____    11-18-2022
Attorney for Defendant             Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 18th day of November, 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

11-18-'22 16:35 FROM- Saline County          4028212154           T-363  P0002/0002 F-512
4:22-cr-03140-JMG-CRZ  Doc # 14  Filed: 11/18/22  Page 2 of 2 - Page ID # 31
4:22-cr-03140-JMG-CRZ  Doc # 11  Filed: 11/15/22  Page 1 of 1 - Page ID # 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 NOV 15 PM 4:56

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:22CR 3140 |
| vs. | INDICTMENT |
| AARON JASON BURKHOLDER, | |
| Defendant. | |

The Grand Jury charges that

### COUNT I

On or about June 28, 2022, in the District of Nebraska, the Defendant, AARON JASON BURKHOLDER, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he was confined by direction of the Attorney General.

In violation of Title 18, United States Code, Section 751.

TRUE BILL,

*[signature]*
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

for *[signature]*
SARA E. FULLERTON, #18314
Assistant U.S. Attorney

1