IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:22CR3140 |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR VARIANCE |
| ) | AT SENTENCING |
| AARON BURKHOLDER, ) | |
| ) | |
| Defendant. ) | |

Aaron Burkholder, by and through the undersigned, hereby moves this Court for a variance at sentencing, pursuant to 18 U.S.C. § 3553(a). In furtherance of this motion, Mr. Burkholder separately files his supporting brief. The time presently set for sentencing should suffice regarding consideration of this motion

Dated this 13th day of March, 2023.

AARON BURKHOLDER, Defendant


By:/s/ Jessica L. Milburn
Jessica L. Milburn
Assistant Federal Public Defender
112 Federal Building
Lincoln, Nebraska 65808
402-221-7820
Attorney for Defendant