IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AARON JASON BURKHOLDER,<br><br>　　　　　Defendant. | 4:22-CR-3140<br><br>REASSIGNMENT ORDER |

This case was previously assigned to retired Magistrate Judge Cheryl R. Zwart.

Accordingly,

IT IS ORDERED that this case is reassigned to Magistrate Judge Jacqueline M. DeLuca for judicial supervision and remains assigned to Senior District Judge John M. Gerrard for disposition.

Dated this 18th day of November, 2024.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge