PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

*Amended* Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Offender:** | Aaron Jason Burkholder | **Docket No.** | 4:22CR03140 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** | May 29, 2025 |

**Sentencing Judge:** The Honorable John M. Gerrard
Senior U.S. District Judge

**Offense of Conviction:** Escape from Custody of the Attorney General or any Facility where was confined by the Direction of the Attorney General 18 U.S.C. § 751
Date Sentenced: April 27, 2023
Original Sentence: 18 Months Bureau of Prisons; 36 Months Supervised Release

**Supervision Term:** October 15, 2024 through October 14, 2027

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Leslie A. Van Winkle | Sara E. Fullerton | Nancy Peterson |

## PETITIONING THE COURT

The undersigned probation officer recommends that this Amended Petition be <u>Filed</u> and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. A Warrant was initially requested in filing #51 as Aaron Jason Burkholder was suspected to be a flight risk. Based on Mr. Burkholder's criminal history, two prior indictments, as well as his association with individuals involved in criminal activity, he was also believed to be considered a danger to the community.

Mr. Burkholder is currently being held in Lancaster County Jail on state charges and will be transferred to federal custody following the resolution of these charges. Subsequently, there is no revocation hearing scheduled within our Court.

Allegations #6 & #7 have been added to reflect the violations pending in Lancaster County Court.

**Aaron Jason Burkholder** May 29, 2025
**Amended Petition for Warrant or Summons** Page 2 of 5

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Aaron Jason Burkholder is in violation of **the Mandatory Condition** which states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court." |

Mr. Burkholder has failed to show for all random drug tests scheduled since the commencement of supervision: October 28 and November 16, 2024.

**The Court shall revoke supervision and impose a sentence which includes a term of imprisonment if the offender is found to have violated the terms of supervision by refusing to comply with drug testing.**

2   Aaron Jason Burkholder is in violation of **Standard Condition #2** which states, "After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed."

On the following dates, this officer instructed Mr. Burkholder to contact her via telephone: November 11 and November 13, 2024. Mr. Burkholder failed to contact this officer on either occasion.

Officer Russell attempted to contact Mr. Burkholder at his home on November 14, 2024. When efforts were unsuccessful, Officer Russell left a letter in his front door instructing to contact the undersigned officer and to report for drug testing at this District's random drug testing facility on November 16, 2024. Mr. Burkholder failed to report.

3   Aaron Jason Burkholder is in violation of **Standard Condition #7** which states, "You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities),you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

On October 15, 2024, Mr. Burkholder informed this officer he had obtained part-time employment at the local UPS Processing Center, working third shift. On November 18, 2024, this officer conducted an employment verification with UPS at which time it was reported, Mr. Burkholder was "let go" on October 17, 2024. To date, Mr. Burkholder has failed to report any employment change.

4   Aaron Jason Burkholder is in violation of **Standard Condition #8** which states, "You must not communicate or interact with someone you know is engaged in criminal activity.  If

you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer."

On October 30, 2024, Mr. Burkholder was stopped by Officer Coleman with the Nebraska State Patrol for failure to use a turn signal. Mr. Burkholder was the driver of the vehicle and accompanied by Elizabeth Ann Stuetelberg. Officer Coleman reported that upon approaching Mr. Burkholder's vehicle, he detected a strong smell of marijuana; subsequently, his vehicle was subject to a probable cause search by law enforcement. Ms. Stuetelberg denied the use of marijuana "recently", but admitted she smoked marijuana in the past.

Officer Coleman informed this officer that the search of the vehicle led to an arrest of Ms. Stuetelberg for the following felony charges: Possess Controlled Substance - Sch 1/2/3, Deliver/Dispense/Distribute/Manufacture/Possess Controlled Substance-Schedule 1-2-3, and No Drug Tax Stamp. Officer Coleman seized .3 grams of cocaine and 18 grams of methamphetamine. The controlled substances were in a green military style backpack that Ms. Stuetelberg took responsibility for.

5 Aaron Jason Burkholder is in violation of **Standard Condition #9** which states, "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."

To date, Mr. Burkholder has failed to report to this officer law enforcement contact on October 30, 2024. At the time of the traffic stop on October 30, 2024, Mr. Burkholder was informed by Officer Coleman his probation officer would be notified and Mr. Burkholder relayed he would also contact his probation officer.

6 *Aaron Jason Burkholder is in violation of **Mandatory Condition 1** which states, "You must not commit another federal, state or local crime."*

*On December 11, 2024, investigators with the Lincoln Lancaster County Narcotics Task Force (LLCNTF) attempted to contact Mr. Burkholder who fled and jumped two fences through residential backyards before being placed into custody. A search of Mr. Burkholder was conducted at which time a zip lock bag containing 196.5 grams of methamphetamine was found on his person along with $403 of US currency and a digital scale. Mr. Burkholder was arrested and lodged in the Lancaster County Jail for felony charges of Possession with the Intent to Distribute Methamphetamines, No Drug Tax Stamp, Obstructing a Peace Officer, and Possession of Money while Violating 28-416. On February 26, 2025, this case was bound over to Lancaster County District Court and a jury trial has yet to be scheduled (CR25 221).*

***If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.***

7 *Aaron Jason Burkholder is in violation of **the Mandatory Condition 2** which states, "You must not unlawfully possess a controlled substance."*

*On December 11, 2024, Mr. Burkholder was found to be in possession of 196.5 grams of methamphetamine.*

*If the Court finds the offender has violated the conditions of supervision by possessing a controlled substance, the Court shall revoke supervision and impose a sentence which includes a term of imprisonment."*

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                          Reviewed by:

_____                        _____
Leslie A. Van Winkle                             Dustin Russell Supervising
U.S. Probation and Pretrial Services Officer     U. S. Probation and Pretrial Services Officer

**Aaron Jason Burkholder**  May 29, 2025
**Amended Petition for Warrant or Summons**  Page 5 of 5

### THE COURT ORDERS THAT:

_____   No action shall be taken.

_____   A Warrant shall be issued for service upon Aaron Jason Burkholder and a hearing held by the Court to determine whether Aaron Jason Burkholder has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The U. S. Probation Officer shall summons Aaron Jason Burkholder to appear for a hearing in court to determine whether Aaron Jason Burkholder has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

__x__   The following action to be taken (specify other action): **The amended petition be filed and addressed at the next scheduled hearing.**

_/s/ John M. Gerrard_  May 29, 2025
The Honorable John M. Gerrard  Date
Senior U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**

(A)   written notice of the alleged violation(s);
(B)   disclosure of the evidence against you;
(C)   an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
(D)   notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.